UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jose A Pena, Sr.,

Case No.: 17-20548
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 7/17/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on August 15, 2017 at 11 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 46 Stonehaven Lane, Willingboro, NJ - $130,000

Liens on property: $234,000

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jose A. Pena, Sr.  
    Debtor

Case No. 17-20548-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 18, 2017  
Form ID: pdf905     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
```
db            +Jose A. Pena, Sr.,   46 Stonehaven Lane,   Willingboro, NJ 08046-1439
516841792      Apex Asset Management, LLC,   2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
516841794      First Credit Incorporated,   P.O. Box 630838,   Cincinnati, OH 45263-0838
516841795     +KML Law Group,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
516841796      Lourdes Medical Associates,   P.O. Box 824626,   Philadelphia, PA 19182-4626
516841797      Lourdes Medical Center of Burlington Cty,   Patient Financial Services,   P.O. Box 822112,
                Philadelphia, PA 19182-2112
516841798     +Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
516841799     +Nelsi Y. Pena,   19 Henry Street,   New Brunswick, NJ 08901-3543
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2017 22:27:21     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2017 22:27:19     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516841793      E-mail/Text: legal@arsnational.com Jul 18 2017 22:27:13     ARS National Services. Inc.,
                P.O. Box 469046,   Escondido, CA 92046-9046
516841800     +E-mail/Text: bankruptcydepartment@tsico.com Jul 18 2017 22:27:58     Transworld Systems Inc.,
                PO Box 15273,   Wilmington, DE 19850-5273
                                                                                               TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2017 at the address(es) listed below:
```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Jose A. Pena, Sr. lawoffices@quigleyfayette.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```